UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT LACOUR,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-96-3548 |
| | § | |
| **ALDINE INDEPENDENT SCHOOL DISTRICT,** | § | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS ENTERED |
| | § | |
| Defendant. | § | APR 9 1998 |

**ORDER OF DISMISSAL**    Michael N. Milby, Clerk

In accordance with the Stipulation of Dismissal filed by the parties, it is ORDERED that this case is DISMISSED with prejudice. The parties shall bear their own costs.

This is a FINAL JUDGMENT.

Signed this 7th day of April, 1998.

_____
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE

#52